JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROBERTSON, | No. EDCV 15-780-GW(GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Hon. George H. Wu |

It is hereby **ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Defendant United States of America and against Plaintiff Daniel Robertson. **IT IS SO ORDERED.**

DATED: November 16, 2016      _____
GEORGE H. WU
United States District Judge